IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARGARET S. ARMIJO,

    Plaintiff,

v.                                                            Civ. No. 04-482 JP/RLP

LUNA COMMUNITY COLLEGE,

    Defendant.

**MEMORANDUM OPINION AND ORDER**

THIS MATTER comes before the court on Defendant's Motion to Compel. Plaintiff, who is *pro se*, has failed to respond to Defendant's discovery requests. Defense counsel avers that Plaintiff has indicated she would respond in some fashion but Plaintiff has not made contact since May 31, 2005.

Parties are obligated to participate in discovery or make timely objections thereto. A failure to participate in good faith may lead to a variety of sanctions, including monetary assessments or dismissal of the entire case. *See Gripe v. City of Enid*, 312 F.3d 1184 (10th Cir. 2002); Fed.R.Civ.P. 37.

Plaintiff shall have ten (10) days from entry of this Order to either provide Defendant with the requested discovery or make written objections thereto.

Plaintiff's failure to comply with this Order could result in discovery sanctions as discussed above.

IT IS THEREFORE ORDERED that Defendant's Motion to Compel [Doc 43] is granted.

IT IS SO ORDERED.

_____
Richard L. Puglisi
United States Magistrate Judge

For the Plaintiff:    Margaret S. Armijo, *pro se*

For the Defendant:  Ernestina R. Cruz, Esq.